[No. 45436-0-II.   Division Two.   November 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. VANDERVORT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00307-4, Amber L. Finlay, J., entered September 30, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 31380-8-III.   Division Three.   November 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LYNN M. ARNHOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 12-1-00150-1, Jack Burchard, J., entered December 19, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 31639-4-III.   Division Three.   November 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE L. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-02823-3, Maryann C. Moreno, J., entered April 12, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31720-0-III.   Division Three.   November 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERTO MACIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-00484-1, Douglas L. Federspiel, J., entered June 4, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.